IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN YELVERTON, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| | : | NO. 19-4796 |
| MICHAEL CLARK, et al., | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 3rd day of March, 2021, upon consideration of Petitioner's Motion for Stay and an Abeyance (Doc. No. 3), IT IS HEREBY ORDERED that Petitioner's Motion is DENIED AS MOOT.[1]

BY THE COURT:

*/s/Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner filed his Motion for Stay and an Abeyance while his direct appeal of the denial of his petition for post-conviction relief was pending before the Pennsylvania Superior Court. Doc. No. 3 at 2. As the Pennsylvania Supreme Court denied Petitioner's Petition for Allowance of Appeal, see Commonwealth v. Yelverton, 223 A.3d 1285 (Pa. 2020), Petitioner's Motion will be denied as moot.